IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA L. BROCK, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-2206-D |
| | § | |
| GARTNER, INC., | § | |
| Defendant. | § | |

**ORDER**

I

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), filed on July 2, 2026 (doc. 4), is denied.

II

Plaintiff must pay the $405.00 filing fee within 14 days of the date of this order, or this action will be dismissed without prejudice, and without further notice, by separate judgment.

**SO ORDERED.**

August 27, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE